■ In the Matter of JILL BEYERS, Respondent, v EARL THRANE, Appellant. [665 NYS2d 944] —In a proceeding pursuant to the Uniform Support of Dependents Law (Domestic Relations Law art 3-A), the father appeals from an order of the Family Court, Suffolk County (Dunn, J.), entered November 19, 1996, which denied his objections to an order of the same

court (Ekadis, H.E.), entered June 4, 1996, which, after a hearing, directed him to pay weekly child support in the sum of $67.

Ordered that the order is affirmed, with costs.

Contrary to the father's contention, the hearing was in substantial compliance with the directives of Domestic Relations Law § 37 (see, Matter of Adams-Eppes v Fulton, 195 AD2d 455; Matter of Williams v Williams, 133 AD2d 876).

The father's remaining contentions are without merit. Miller, J. P., Sullivan, Santucci and Lerner, JJ., concur.